Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*January 06, 2021*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO.**　　**4:21cr06** |
| | § | |
| **JOHN DOE 1 aka USER "`Mark", et al** | § | **UNDER SEAL** |

NOTICE OF RELATED CASES

COMES NOW the United States of America, and files this notice to inform the Court that

the above-captioned indictment is related to:   *United States v. Charles McCreary, Jr, et al,* 4:19-

cr-719-S2, which is currently pending before the Honorable David Hittner, United States District

Judge for the Southern District of Texas.

Date:　January 6, 2021

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:　*s/ Kimberly Ann Leo*
　　　Kimberly Ann Leo
　　　Assistant United States Attorney
　　　1000 Louisiana Street, 24th Floor
　　　Houston, Texas 77002
　　　Tel.: (713) 567-9465

1